UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>ANTONIO AGUILAR-LOPEZ,<br><br>Defendant/Movant. | No.  10-CR-6018-EFS<br>[No. 4:CV-15-5030-EFS]<br><br>**ORDER DISMISSING THE 28 U.S.C.**<br>**§ 2255 MOTIONS AND CLOSING FILE** |

On May 5, 2015, the Court ordered Defendant/Movant Antonio Aguilar-Lopez to file a brief explaining why equitable tolling should be applied to his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  ECF Nos. 257 & 259.  The Court cautioned Mr. Aguilar-Lopez that absent equitable tolling his § 2255 habeas petition would be dismissed for failure to satisfy § 2255(f)'s one-year statute of limitations.  ECF No. 259 at 6 ("Mr. Aguilar-Lopez is cautioned that a failure to timely file this supplement will result in the dismissal of his § 2255 motion to vacate on grounds of untimeliness.").  Mr. Aguilar-Lopez was ordered to provide his equitable-tolling supplementation no later than July 1, 2015.

The Court received nothing from Mr. Aguilar-Lopez by the deadline. On July 22, 2015, the Court received another Motion to Vacate, Set

ORDER - 1

Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, ECF No. 260. This second motion is the exact same as the earlier filed motion except that the date it was signed by Mr. Aguilar-Lopez, March 9, 2015, precedes that of the earlier filed motion, which was March 24, 2015.  Given that the recent § 2255 motion duplicates the deficient earlier filed motion, the Court finds Mr. Aguilar-Lopez has failed to establish that his habeas petitions satisfy § 2255(f)'s one-year statute of limitations.

Accordingly, for the reasons set forth above and in the Court's May 5, 2015 Order, ECF No. 259, **IT IS HEREBY ORDERED**:

1. Mr. Aguilar-Lopez's Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, **ECF No. 257 & 260**, are **DISMISSED.**
2. This file shall be **CLOSED.**
3. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide a copy to the United States Attorney's Office for the Eastern District of Washington and to Mr. Aguilar-Lopez.

**DATED** this ___23rd___ day of July 2015.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2010\6018.dismiss.untimely.2255.failure.lc1.docx

ORDER - 2