UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>ANTONIO AGUILAR-LOPEZ,<br><br>　　　　　Defendant/Movant. | No. 2:10-CR-06018-EFS-1<br>[No. 4:17-CV-05013-EFS]<br><br>**ORDER DENYING CONSTRUED MOTION FOR RECONSIDERATION**<br><br>**CLERK'S OFFICE ACTION REQUIRED** |

　　　On March 7, 2017, Defendant/Movant Antonio Aguilar-Lopez filed a "Motion in Reply to Court's 'Order' Dated February 17th, 2017 and Request for Appointment of Counsel," ECF No. 277. In that filing, Mr. Aguilar-Lopez argues that this Court erred in finding that his latest motion under 28 U.S.C. § 2255, ECF No. 274, is a "successive motion." As such, the Court construes ECF No. 277 to be a Motion for Reconsideration.

　　　Reconsideration is an "extraordinary remedy" that should not be granted absent "highly unusual circumstances," such as where (1) newly discovered evidence has emerged, (2) the court committed clear error, or (3) there was an intervening change in the controlling law. *Kona Enterprises v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). Here, Mr. Aguilar-Lopez has not demonstrated such unusual circumstances.

ORDER - 1

As such, and for the reasons stated in the Court's prior order, ECF No. 276, the Court's ruling will stand.

The Court has already transferred Mr. Aguilar-Lopez's § 2255 motion to the Ninth Circuit Court of Appeals. *See* ECF No. 276. In an effort to facilitate review of Mr. Aguilar-Lopez's application for leave to proceed with a successive § 2255 motion, the Court will direct the Clerk's Office to forward Mr. Aguilar-Lopez's latest filing to the Ninth Circuit Court of Appeals as well. However, Mr. Aguilar-Lopez is again advised that **the transfer will not by itself constitute compliance with 28 U.S.C. § 2255 and Ninth Circuit Rule 22-3**. Mr. Aguilar-Lopez must still file an application for leave to proceed with the Ninth Circuit and make the showing required by § 2255. Only upon approval by the Ninth Circuit can this Court consider the merits of Mr. Aguilar-Lopez's arguments and his latest request for counsel.

Accordingly, **IT IS HEREBY ORDERED**:

1. Mr. Aguilar-Lopez's "Motion in Reply to Court's 'Order' Dated February 17th, 2017 and Request for Appointment of Counsel," **ECF No. 277,** is **CONSTRUED** as a Motion for Reconsideration and is **DENIED**.

2. The Clerk's Office is directed to forward this Order along with ECF No. 277 to the Clerk of the Ninth Circuit Court of Appeals.

////

///

//

/

ORDER - 2

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide a copy to Mr. Aguilar-Lopez and the United States Attorney's Office for the Eastern District of Washington.

**DATED** this ___10th___ day of March 2017.

                         __s/Edward F. Shea_____
                              EDWARD F. SHEA
                    Senior United States District Judge