FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>ANTONIO AGUILAR-LOPEZ,<br><br>             Defendant. | No.   2:10-cr-06018-EFS<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE** |

       Before the Court is Defendant Antonio Aguilar-Lopez's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and First Step Act of 2018. ECF No. 292. Mr. Aguilar-Lopez asks the Court to apply the First Step Act to reduce his sentence. The First Step Act, however, does not afford Mr. Aguilar-Lopez with relief.

       Through the First Step Act, the mandatory minimum sentence for a defendant who violated 21 U.S.C. § 841(b)(1)(A) "after a prior conviction for a felony drug offense has become final" was reduced from 20 years to 15 years. *Compare* 21 U.S.C. § 841(b)(1)(A) (eff. Aug. 3, 2010, to Dec. 20, 2018) *with* 21 U.S.C. § 841(b)(1)(A) (eff. Dec. 21, 2018). Consistent therewith, the First Step Act permits a district court to reduce a sentence retroactively based on the revised statutory penalties of the Fair

Sentencing Act of 2010 for defendants who were sentenced for an offense that was committed before August 3, 2010, involving *crack cocaine*.

In contrast, Defendant was convicted of an offense involving *marijuana*. ECF No. 211 (Manufacture of a Controlled Substance (marijuana) and aiding and abetting in violation of 21 U.S.C. §§ 841(a)(1) and (2)). For this reason, the Court lacks jurisdiction to reduce Defendant's sentence under the First Step Act pursuant to 18 U.S.C. § 3582(c).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Antonio Aguilar-Lopez's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and First Step Act of 2018, **ECF No. 292**, is **DENIED.**

2. This file shall remain **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to Mr. Aguilar-Lopez and the United States Attorney's Office for the Eastern District of Washington.

**DATED** this __10th__ day of October 2019.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge